UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMNI HOME FINANCING, INC., et al., </br></br>            Plaintiffs, </br></br> v. </br></br> HARTFORD LIFE AND ANNUITY INSURANCE COMPANY, et al., </br></br>            Defendants. | Case No. 06-CV-0921-IEG (JMA) </br></br> **ORDER GRANTING JOINT MOTION TO EXTEND EXPERT DESIGNATION DEADLINES** |

**IT IS HEREBY ORDERED** that the joint motion to extend expert designation deadlines [Doc. No. 72] is **GRANTED**.

**IT IS SO ORDERED.**

DATED:   June 25, 2007

_____
Jan M. Adler
U.S. Magistrate Judge

06cv0921